UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK EDMONDS,

    Plaintiff,

v.

D2IQ INC.,

    Defendant.

Case No. 23-cv-02741-AGT

**ORDER RE: SERVICE OF PROCESS**

Because Mark Edmonds is proceeding in forma pauperis, he may rely on the United States Marshals Service (USMS) "to serve the summons and the complaint." *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472, 483–84 (1995). To that end, Edmunds is responsible for providing the Court with "sufficient information to serve [the defendant]." *Id.*

On July 6, 2023, the USMS attempted to serve defendant D2iQ, Inc. at the address Edmonds provided (548 Market Street, PMB 14763, San Francisco, CA 94104), but according to the service-of-process receipt filed on the docket, "D2iQ is not at [the] address provided." Dkt. 8. Edmonds subsequently filed a one-page "request to serve the defendant's attorney" which lists, without any discussion or explanation, the contact information of two lawyers in Gordon Rees Scully Mansukhani, LLP's San Francisco office. *See* Dkt. 9. That request is denied because there is no indication that either individual is authorized to accept service on D2iQ's behalf.

By September 8, 2023, Edmonds must provide the Court with (1) D2iQ's accurate current address and (2) the name and current address of D2iQ's designated agent for service of process. The initial case management conference, currently scheduled for September 1, 2023, is continued to October 20, 2023, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 29, 2023

ALEX G. TSE
United States Magistrate Judge