UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDMONDS,<br><br>   Plaintiff,<br><br> v.<br><br>D2IQ INC., et al.,<br><br>   Defendants. | Case No. 23-cv-02741-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 28 |

  Edmonds's Motion for a Post-Merger Injunction is denied. He has not shown that he is entitled to relief under the *Winter* factors. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). In particular, Edmonds did not demonstrate that he was likely to succeed on the merits against Nutanix, given Nutanix's evidence that it did not merge with D2IQ.

  An initial case management conference is set for 10:00 a.m. on March 14, 2024, on Zoom.

  **IT IS SO ORDERED.**

Dated: February 25, 2025

                        VINCE CHHABRIA
                        United States District Judge