UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDMONDS,<br><br>        Plaintiff,<br><br>    v.<br><br>D2IQ INC., et al.,<br><br>        Defendants. | Case No. 23-cv-02741-VC<br><br>**ORDER GRANTING EXEMPTION FOR PACER FEES**<br><br>Re: Dkt. No. 62 |

    The Court finds that Mark Edmonds, who is proceeding *in forma pauperis* in this action, has demonstrated that an exemption to paying PACER filing fees is necessary to avoid unreasonable burdens and to promote public access to information. He is granted a fee exemption solely for access to information related to this action. The exemption only applies to searches made within the district court dockets of N.D. Cal., C.D. Cal, and S.D. Cal, and the 9th Circuit appeals dockets. He shall not sell any data obtained using this fee exemption or transfer any data obtained as a result of this fee exemption, unless expressly authorized by this Court.

    This exemption is granted until termination of this action. The Court reserves the discretion to revoke the exemption at any time before the termination of this action.

    **IT IS SO ORDERED.**

Dated: March 18, 2025

VINCE CHHABRIA
United States District Judge