UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDMONDS,<br><br>        Plaintiff,<br><br>    v.<br><br>D2IQ INC., et al.,<br><br>        Defendants. | Case No. 23-cv-02741-VC<br><br>**NUNC PRO TUNC ORDER GRANTING EXEMPTION FOR PACER FEES**<br><br>Re: Dkt. No. 62, 65 |

    The Court previously granted a PACER fees exemption to Edmonds solely for access to information related to this action. *See* Dkt. No. 65. This nunc pro tunc order post-dates that exemption to the filing date of this case, June 2, 2023.

    In addition, the Court's prior order stated that the exemption would apply outside N.D. Cal. The Court was notified that a PACER fees exemption may not exceed the jurisdiction in which it was issued, however, so Edmonds' PACER fees exemption applies only to searches made within the district court docket of N.D. Cal.

    As noted in the previous order, this exemption is granted until termination of this action. The Court reserves the discretion to revoke the exemption at any time before the termination of this action.

    **IT IS SO ORDERED.**

Dated: March 28, 2025

VINCE CHHABRIA
United States District Judge